O

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| JAMES CLEVELAND, | ) | No. CV 10-2630-MAN |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | JUDGMENT |
| | ) | |
| MICHAEL J, ASTRUE, | ) | |
| Commissioner of | ) | |
| Social Security, | ) | |
| | ) | |
| Defendant. | ) | |
| _____ | ) | |

    Pursuant to the Court's concurrently-filed Memorandum Opinion And Order,

    IT IS ADJUDGED that the above-captioned action is dismissed with prejudice.

DATED: August 9, 2010.

*Margaret A. Nagle*
_____
MARGARET A. NAGLE
UNITED STATES MAGISTRATE JUDGE